UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 07-45589-705 |
| MARTIN AND KAREN KRUEGER, ) | |
| ) | Chapter 7 |
| Debtors. ) | |

### APPLICATION FOR ORDER AUTHORIZING PAYMENT
### OF UNCLAIMED TRUST FUNDS INTO REGISTRY OF THE COURT

COMES NOW Charles W. Riske, duly appointed and qualified Trustee in Bankruptcy herein and, for his application states, as follows:

1. This Court entered its Order approving the Trustee's final report on February 2, 2009.

2. The Trustee in Bankruptcy states that on or about February 15, 2009, disbursements were made in accordance with said Order to the person and entities described therein.  One check issued to Ruth Elliott has been returned indicating the claimant is deceased.

3. That by reason of the foregoing, Trustee in Bankruptcy is unable to file vouchers covering all disbursements directed to be made by him by Order of Court dated February 2, 2009.

WHEREFORE, Trustee in Bankruptcy prays that this Court will enter its Order authorizing Trustee in Bankruptcy to stop payment on the aforementioned check, made payable to Ruth Elliott in the sum of $10,726.80 and further authorize the Trustee in Bankruptcy to pay said amount of $10,726.80 into the registry of the Court, thereby enabling the Trustee in Bankruptcy to file vouchers covering disbursements made.

/S/ CHARLES W. RISKE
CHARLES W. RISKE, #4182 #30698
Trustee in Bankruptcy
231 S. Bemiston, Suite 1220
Clayton, MO 63105
(314) 725-9400 Telephone
(314) 726-2361 Facsimile
risketrustee@ctfpc.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing or via regular mail, postage prepaid, this 10th day of June, 2009, upon: Ruth Elliott, 1420 Gettysburg Landing, St. Charles, MO 63303; John C. Maxwell, Attorney for Debtors, 1112 First Capitol Drive, Ste. B, St. Charles, MO  63301-2769; and Office of the United States Trustee, 111 S. 10th St., Ste. 6353, St. Louis, MO  63102.

      /S/ CHARLES W. RISKE